UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-cr-21158-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL STEINGER, et.al.,

    Defendant(s).
_____/

## ORDER ON MOTION FOR TRAVEL

**THIS CAUSE** came before the Court upon the motion filed by the Defendant Joel Steinger, to modify the conditions of his bond, to allow him to leave the Southern District of Florida for certain travel. The Court has considered said motion, the government's response and is otherwise fully advised of the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the defendant's Motion is **GRANTED**.

The Defendant's bond in this cause hereby is modified, to allow travel outside of the Southern District of Florida as follows: The Defendant may travel to Key West, Florida leaving **Saturday, February 27 and returning Tuesday, March 2, 2010** with prior permission from U.S. Pretrial Services.

**IT IS FURTHER ORDERED AND ADJUDGED**:

The Defendant shall <u>report by telephone to</u> Pretrial Officers Sig Buganski (786) 261-5859 or Sheryl Audepie (786)348-7201 immediately upon arriving in Key West, Florida on Saturday, February 27, 2010; on Sunday, February 28, and on Monday, March 1, 2010, - *IN PERSON*,

The Defendant shall be staying at the Reach Resort located at 1435 Simonton Street, Key West, Florida; telephone number 1 (305) 296-5000 from Saturday, February 27, 2010 to Tuesday, March 2, 2010.

The Defendant shall <u>report in person</u> to Pretrial Officer Paul Cresce, 301 Simonton Street, Suite 230, Key West, Florida on Tuesday, March 2, 2010 before leaving Key West, Florida.

**DONE AND ORDERED** in Chambers, Miami-Dade County, Florida on this 26 day of February 2010.

UNITED STATES DISTRICT JUDGE
*ALAN S. GOLD FOR ADALBERTO JORDAN*

cc:   All counsel of record
      U.S. Pretrial Services