UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21158-CR-SCOLA
CASE NO. 12-20123-CR-RNS

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOEL STEINGER,

        Defendant.
_____/

## JOEL STEINGER'S STATEMENT OF ACCEPTANCE OF RESPONSIBILITY

Re: United States v. Joel Steinger, Case No.: 08-21158 *and* United States v. Joel Steinger, Case No.: 12-20123

I accept responsibility for my actions in the two cases in which I have pleaded guilty. I know that what I did was wrong. I also know that I must now face the consequences of what I have done. I accept this responsibility and I accept these consequences. I regret the harm done by my actions. I ask for the opportunity to show that I can turn my life around and become a productive member of society.

Dated: 8/25/14

_____
Joel Steinger

### CERTIFICATE OF SERVICE

I HEREBY certify that on August 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                  /s/ Steven . Haguel