AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    FLORIDA - Miami Division

| United States of America | **EXHIBIT AND WITNESS LIST** |
| V. | |
| Joel Steinger | Case Number: 08-21158-CR-SCOLA |

| PRESIDING JUDGE<br>Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY<br>AUSA K. Rochlin/AUSA A. Lehr | DEFENDANT'S ATTORNEY<br>Steven Haguel |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing Hearing 08/29/14 | COURT REPORTER<br>Carleen Horenkamp | COURTROOM DEPUTY<br>Jacob M. Hasbun |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/29/2014 | | | Edward R. Shohat - sworn. |
| 1 | | 8/29/2014 | X | X | Chronology of Joel Steinger investigation. |
| 2 | | 8/29/2014 | X | X | Proffer agreement of Joel Steinger. |
| | | | | | Note: the exhibits identified herein were returned to AUSA Karen Rochlin. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages