UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SENTENCING MINUTES**

THE HONORABLE ROBERT N. SCOLA, JR.

---

Date: August 29, 2014

Case No: 08-21158-CR-SCOLA

Style: **U.S.A. vs. Joel Steinger**

AUSAs: Karen Rochlin and Alison Lehr

Defense Attorney: Steven H. Haguel, Esquire

Reporter: Carleen Horenkamp

USPO: Thomas Felasco

Deputy Clerk: Jacob M. Hasbun

Interpreter: no

Defendant:   present ___✓___   in custody ___✓____

Count 1: imprisonment for a total term of 240 months, see criminal judgment for details.

Supervised Release: three years.

Special Conditions of Probation or Supervised Release: see criminal judgment.

Restitution: to be determined on **11/24/2014 at 9:00 AM**.

Fine: no fine imposed.

Special Assessment: $100.00 due immediately.

The defendant was advised of his/her right to appeal within fourteen days ____✓____.

Voluntary Surrender at Institution on or before:

Recommendations to BOP:
_____

Miscellaneous: the defendant is remanded to the custody of the US Marshals Service.
The Government's Ore Tenus Motion to Dismiss Counts 2-25 is granted.
Edward Shohat was sworn and testified.
_____

In-Court Time:   1 hour and 23 minutes.