UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOEL STEINGER,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 08-cr-21158 (Scola, J.)<br>)<br>)<br>)<br>) |

**MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)**

Defendant, Joel Steinger, respectfully moves this Court for an order reducing his sentence to time served based on the "extraordinary and compelling reasons" discussed in the accompanying memorandum in support, pursuant to the newly amended 18 U.S.C. § 3582(c)(1)(A)(i). In light of the coronavirus pandemic—which in part prompts his requested relief—Mr. Steinger's motion can and should be handled without oral argument and on an expedited basis so as to save his life. Respectfully submitted,

/s/ Rebekah J. Poston
Rebekah J. Poston (Fl. Bar 0183355)
Partner
Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard, Suite 4700
Miami, Florida 33131
(305) 577-7022 Direct
(305) 577-7000 Main #
(305) 577-7001 Fax
rebekah.poston@squirepb.com |
squirepattonboggs.com

Nicholas D. Smith (VA. Bar. 79745)
108 N. Alfred St.
Alexandria, VA 22314
Phone:(703)548-8911
Fax:(703)548-8935
nds@davidbsmithpllc.com

**Certificate of Service**

  I hereby certify that on the 18th day of March, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

  AUSA Karen Rochlin
  U.S. Attorney's Office
  99 NE 4th Street
  Miami, FL 33132

  And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

               */s/ Rebekah J. Poston*